**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORLANDO GARCIA,**<br>　　　　Plaintiff,<br>　　v.<br>**CHICKEN 4 U, INC.,**<br>　　　　Defendant. | Case No. 4:22-cv-00913-YGR<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 21 |

　　　Plaintiff has informed the Court that the joint site inspection showed that the alleged barrier had been removed, mooting plaintiff's request for injunctive relief. Plaintiff therefore has no objection to dismissal of his ADA claim. Additionally, plaintiff has informed the Court that he has no objection to the Court declining to exercise supplemental jurisdiction over his Unruh Act claim. Accordingly, the Court **DISMISSES** Plaintiff's claims.

　　　The Clerk is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: September 20, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**